IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HUNTERS UNITED FOR SUNDAY HUNTING, et al., | : : | |
| Plaintiffs | : : | No. 1:13-cv-01939 |
| v. | : : | (Judge Kane) |
| PENNSYLVANIA GAME COMMISSION, et al., | : : | |
| Defendants | : | |

### ORDER

**AND NOW**, on this 18th day of June 2014, **IT IS HEREBY ORDERED THAT** Defendants' motion to dismiss Plaintiffs' amended complaint (Doc. No. 10) is **GRANTED AS FOLLOWS:**

1. Plaintiffs' federal claims in Counts One, Three, and Five are **DISMISSED WITH PREJUDICE** against all Defendants; and,

2. Plaintiffs' state law claims in Counts Two, Four, Five, and Six are **DISMISSED WITHOUT PREJUDICE** to Plaintiffs' right to raise such claims in state court.

**IT IS FURTHER ORDERED THAT:**

1. Defendants' motion to dismiss Plaintiffs' first-filed complaint (Doc. No. 5) is **DENIED AS MOOT**; and,

2. The Clerk of Court is directed to close the case.

                                          s/ Yvette Kane
                                          Yvette Kane, District Judge
                                          United States District Court
                                          Middle District of Pennsylvania